MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ARVON J. PERTEET (CABN 242828)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, CA 94102
   Telephone: 415.436.6598
   Facsimile: 415.436.7234
   Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>             Plaintiff, <br>   v. <br> $26,150.00 IN UNITED STATES CURRENCY, <br>             Defendant. | No. CV 13-1425 SBA <br><br> CONSENT JUDGMENT OF FORFEITURE <br><br> [CASE-DISPOSITIVE] |

CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on March 29, 2013, the United States filed a complaint for forfeiture of certain currency seized as a result of the investigation conducted by Santa Rosa Police Department and a seizure of the defendant currency, federally adopted by DEA;

WHEREAS, notice of this action has been given by publication and the only claim submitted with respect to the defendant currency is that of ISAIAH R. COOK, filed on May 14, 2013;

1  WHEREAS, pursuant to the settlement negotiations among the parties, ISAIAH R. COOK agrees to withdraw his claim with respect to $10,150.00 of the seized currency in any administrative or judicial forfeiture proceeding;

4  WHEREAS, ISAIAH R. COOK agrees that sufficient evidence exists to establish forfeiture of $10,150.00 in U.S. currency pursuant to 21 U.S.C. § 881(a)(6).

6  WHEREAS, pursuant to the settlement negotiations among the parties, the United States agrees to release to ISAIAH R. COOK the sum of $16,000.00, plus any accrued interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

10  WHEREAS, the parties agree that the United States and ISAIAH R. COOK will each bear its own attorney costs and fees related to this matter.

12  AND WHEREAS, it appearing to the court from the endorsement of the parties, that the parties have agreed to a resolution of this matter with respect to the defendant currency, and deeming it proper to do so;

15  NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

16  1. Notice of this action having been given by publication and there being only the claim filed by ISAIAH R. COOK, the default of all persons or entities other than ISAIAH R. COOK is entered.

19  2. A portion of the defendant currency, to wit $10,150.00 is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party.

21  3. A portion of the defendant currency, to wit the sum of $16,000.00, plus any accrued interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned by the United States to ISAIAH R. COOK.

25  4. The United States shall dispose of the forfeited currency in accordance with the law.

26  5. ISAIAH R. COOK releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or cost or interest, concerning the seizure and custody of the defendant currency.

Consent Judgment of Forfeiture
No.  CV 13- 1425 SBA                                               2

6. The United States releases ISAIAH R. COOK from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

7. The parties agree that this Consent Order of Settlement is the result of a compromise, and shall not, by any person, at any time or for any purpose be considered an admission of liability or responsibility, or of the truth of any allegation of any party, at any time, for any purpose, in any form or in any amount.

8. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order.

9. This case is dismissed with prejudice.

IT IS SO STIPULATED:

Dated: 6-10-13

ARVON J. PERTEET
Assistant United States Attorney

Dated: 06-06-13

ISAIAH R. COOK
Claimant

**ORDER**

IT IS SO ORDERED.

Dated: 6/12/13

SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

Consent Order of Forfeiture and Settlement
No. CV 13-1425 SBA                              3